UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      Case No. 8:03-cr-91-T-23TBM

HAI THANH BUI
_____/

## **ORDER**

The conditions of the defendant's original bond have been satisfied in accordance with Rule 46(g), Federal Rules of Criminal Procedure.  Accordingly, the "Motion for Release of Property Bond" (Doc. 39) is **GRANTED**.  The surety is exonerated and the bond is terminated.  The Clerk shall return any original documents related to the property bond to:

> Danh Bui and Diem Chau Bui
> 6025 16th Street, North
> St. Petersburg, FL   33703

The parties are responsible for extinguishing any liens registered against the property.

ORDERED in Tampa, Florida, on May 18, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Financial Section, Tampa